# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| **MARIO ALLAN MONTANO**, | ) | Case No: _____ |
| Plaintiff, | ) | |
| | ) | Jury Trial:   Yes ☒   No ☐ |
| -v- | ) | |
| | ) | |
| **DANIEL P. O'BRIEN** | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

**I.     The Parties to the Complaint**

### A. **Plaintiff**

| | |
|---|---|
| Name: | Mario Allan Montano |
| Address: | 3647 Springdale Dr. |
| | Little River, SC 29566 |
| County: | Horry |
| Telephone Number: | (843) 582-7503 |
| Email Address: | almontano29582@gmail.com |

### B. **Defendant**

| | |
|---|---|
| Name: | Daniel P. O'Brien, Judge |
| Address: | State of Michigan |
| | Oakland County Circuit Court (6th Judicial Circuit) |
| | 1200 N Telegraph Rd |
| | Department 404, Courtroom 4A |
| | Pontiac, MI 48341-0404 |
| County: | Oakland |
| Telephone Number: | (248) 858-0358 |
| | ☐ Individual Capacity   ☒ Official Capacity |

## II.     Basis for Jurisdiction

1. This complaint regards a claim alleging that the Defendant deprived the Plaintiff of rights secured by the US Constitution and federal law pursuant to 42 U.S.C. § 1983.

2. The Plaintiff alleges that the Defendant violated the Plaintiff's rights and property without due process of law under U.S Const. Amend. XIV § 1 under color of state law.

3. The Plaintiff alleges that the Defendant deprived the Plaintiff of $85 and other costs by violating MCR 2.508(B)(1) and MCR 8.107(C).

4. The Defendant may be found liable under 42 U.S.C. § 1983 based on actions under color of State law.

5. This Court has jurisdiction over this case.

## III.    Statement of Claim

1. The Defendant presided over the case of *Montano v. Schwartz*[1] ("**Schwartz Case**") as of May 31, 2017.

2. Mr. Montano filed a Demand for Trial by Jury in the Schwartz Case on May 31, 2017.

3. Mr. Montano paid $85.00 plus a service fee of $6.34 for a total of $91.34 to file the Jury Demand.

4. Mr. Montano did not have a right to demand a jury for the Schwartz Case as of May 31, 2017 and accidentally violated Michigan Court Rules by his filing.

5. The Defendant's clerk accidentally violated Michigan Court Rules by entering Mr. Montano's jury demands on the record of each case and collecting $91.34 from Mr. Montano.

6. Mr. Montano filed motions with the Defendant in an attempt to get his fees reimbursed since he could not demand a jury.

7. The Defendant denied Mr. Montano his right to fee reimbursement relative to each motion.

8. Mr. Montano spent a total $61.80 with the Defendant to obtain the return of jury fees he was entitled to.

9. The Plaintiff seeks monetary damages of $153.14 for reimbursement of his jury demand fees and costs to recover to be paid by Defendant via the Defendant's clerk.

---

[1] *Montano v. Schwartz*, 2017-158783-CZ (6th Mich. Cir. Ct. June 9, 2017).

10. The Plaintiff seeks all other cost damages to obtain this order from this Court.

## IV. Relief

The Plaintiff requests the following relief from this Court based on his claims:

A. Enter a judgment in favor of the Plaintiff for the Defendant's deprivation of the Plaintiff's money without due process under the color of state law.

B. Enter an order for the Defendant to set aside the orders denying the Plaintiff's requests for relief of the jury demand fees.

C. Ender an order for the Defendant to enter an order granting the Plaintiff's request for relief from Jury Demand fees.

D. Enter an order for the Defendant to order his clerk to reimburse the Plaintiff $153.14 for his jury demand fee along with other fees he paid to recover the jury demand fee.

E. Enter an order for the Defendant to cover Plaintiff costs associated with seeking the relief in this case.

F. Grant the Plaintiff any other relief deemed equitable.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing:            September 3, 2020

Signature of Plaintiff:

Printed Name of Plaintiff:     Mario Allan Montano

3